Same case below, 610 F.3d 1318.

**No. 10-6931. James C. Pierce, Petitioner v. Burl Cain, Warden.**

562 U.S. 1113, 131 S. Ct. 829, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9826.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6940. Anthony Eugene Lewis, Petitioner v. Eldon W. Vail, Secretary, Washington Department of Corrections, et al.**

562 U.S. 1113, 131 S. Ct. 830, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9822.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6942. Patricia T. Patterson, Petitioner v. David Benson, et al.**

562 U.S. 1113, 131 S. Ct. 830, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9754.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 304.

**No. 10-6957. Gary Devell Hodge, Petitioner v. California.**

562 U.S. 1113, 131 S. Ct. 830, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9637.

December 13, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 10-6978. Hector Chavez, Petitioner v. United States.**

562 U.S. 1113, 131 S. Ct. 830, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9680.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 378 Fed. Appx. 949.

**No. 10-6993. Joseph D. Allen, Petitioner v. Department of the Air Force.**

562 U.S. 1113, 131 S. Ct. 830, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9651.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 603 F.3d 423.

**No. 10-6996. Clementine Newman, Petitioner v. Memphis Light, Gas & Water.**

562 U.S. 1113, 131 S. Ct. 831, 178 L. Ed. 2d 565, 2010 U.S. LEXIS 9664,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.